# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:   1. *Intake Clerk* *

      2. *Case Administrator*

FROM: *Financial Administrator*

DATE: 6.8.11    *LK*

CASE NAME: Knisely

CASE NUMBER: 06-70120

Check Number 743925 in the amount of $ 1837.91 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 02705       Intake Clerk's Initials  LK

---

* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA  15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

06/03/2011

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: WILLIAM E. KNISELEY
ANN M. KNISELEY
Case No: 06-70120D

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.
.

First American Investment Co++
2805 Wehrle Dr Ste 11
Williamsville,NY 14221-7383

CHECK NUMBER 743925       AMOUNT $1237.91

The disbursement(s) was returned to the Trustee for the following reason:

CREDITOR IS ON GLOBAL RESERVE

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Little
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:STEVEN T SHREVE*FMRLY J PAIL
WILLIAM E. KNISELEY
ANN M. KNISELEY
First American Investment Co++